Richard J. Reynolds (SBN 027608)
E-mail: rreynolds@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Tel: 949.863.3363      Fax: 949.863.3350

Attorneys for Defendants
MTC FINANCIAL INC. dba TRUSTEE CORPS, RANDE JOHNSEN, TERRY JOHNSEN (named here as JANE DOE JOHNSEN) and AMANDA ALCANTARA

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ELIZABETH QUINONES,<br><br>Plaintiff,<br><br>v.<br><br>MTC FINANCIAL INC. dba Trustee Corps., a California corporation registered as a foreign corporation in Arizona; RANDE JOHNSEN and JANE DOE JOHNSEN, husband and wife, California and/or Arizona residents; AMANDA ALCANTARA, an Arizona resident; DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC, a Delaware limited liability company; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-13, a Delaware corporation; JOHN DOES 1-10; JANE ROES 1-10; ABC CORPORATIONS 1-10; XYZ LIMITED LIABILITY COMPANIES 1-10; AND 123 PARTNERSHIPS 1-10,<br><br>Defendant. | Case No.<br><br>(Pima County Superior Court Case No. C20172937)<br><br>**PETITION FOR REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants MTC FINANCIAL INC. dba TRUSTEE CORPS ("Trustee Corps" or "Defendant"), RANDE JOHNSEN ("Mr. Johnsen"), Terry Johnsen

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 1 -

PETITION FOR REMOVAL

1  ("Ms. Johnsen") (named here as JANE DOE JOHNSEN) and Amanda Alacantra ("Ms.
2  Alacantra") (collectively, "Trustee Defendants") hereby remove from the Arizona State Superior
3  Court ("State Court") for Pima County the civil action entitled, <u>ELIZABETH QUINONES v.</u>
4  <u>MTC FINANCIAL INC. dba Trustee Corps</u>, Case No. C20172937 ("State Court Action" or
5  "Case No. C20172937") to this United States District Court.  Defendant files this Petition
6  pursuant 28 U.S.C. § 1332, 1441, and 1446 (pursuant to diversity jurisdiction), and pursuant to
7  L.R. Civ. 3.6.

8  **I.   COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

9  Plaintiff served Trustee Corps on September 6, 2017, with a Summons, Complaint
10 (Exhibits A-G), and Certificate of Compulsory Arbitration.  Plaintiff served Ms. Alacantra on
11 September 8, 2017 with a Summons, Complaint (Exhibits A-G), and Certificate of Compulsory
12 Arbitration.  Plaintiff served Mr. Johnsen and Ms. Johnsen on September 6, 2017 with a
13 Summons, Complaint (Exhibits A-G), and Certificate of Compulsory Arbitration.  Plaintiff served
14 Ms. Alacantra on September 9, 2017 with a Summons, Complaint (Exhibits A-G), and Certificate
15 of Compulsory Arbitration.  The foregoing documents above are the only pleadings and/or
16 documents received or served on the Trustee Defendants by Plaintiff.

17 The Trustee Defendants are informed and believe that Plaintiff served Defendant Ditech
18 Financial LLC fka Green Tree Servicing LLC ("Ditech") on September 6, 2017, with a
19 Summons, Complaint (Exhibits A-G), and Certificate of Compulsory Arbitration.  The Trustee
20 Defendants are informed and believe that Plaintiff has not served The Bank of New York Mellon
21 fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-
22 Backed Certificates, Series 2005-13 ("BONY").

23 The Trustee Defendants are informed and believes the only Defendants charged in the
24 action include it and the defendants identified in the case caption of the Complaint at this time.

25 The Trustee Defendants have provided and served a copy of the Petition of Removal and
26 the Notice of Removal on Plaintiff, on Ditech through CT Corporation at 3800 North Central
27 Ave., Ste. 460, Phoenix, AZ, and those other parties known to Trustee Corps, or to have appeared
28 in this action.  The Trustee Defendants will timely file a copy of the Notice of Removal with the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 2 -

PETITION FOR REMOVAL

Clerk of the State Superior Court for Maricopa County as required by 28 U.S.C. § 1446(d) and L.R. Civ. 3.6.

This Petition for Removal is filed within thirty (30) days of receipt of the Complaint by the Trustee Defendants. Thus, this removal is timely because the 30-day period for filing the removal has not passed. 28 U.S.C. § 1446(b). Additionally, removal is timely because it is filed within one year from when Plaintiff filed the Complaint in the State Court action.

The Trustee Defendants are informed and believes that no other parties have appeared in this matter except the Trustee Defendants, which now appear.

On September 22, 2016, Defendants Ditech and BONY, by and through its counsel of record, Mr. Joshua C. Offenhartz of Wolfe & Wyman LLP, consented to this removal.

Supplemental jurisdiction of any state law claim is proper under 28 U.S.C.§ 1367(a).

Pursuant to 28 U.S.C. §§ 1446(a), the Trustee Defendants has annexed all process, pleadings, and orders served or received by it through the Plaintiff or from the State Court. When the Trustee Defendants receive more documents from the State Court, it will supplement immediately this Petition.

Removal from State Court to this Court is proper as this district embraces the place where the action is pending 28 U.S.C. § 1441(a).

## II.   BACKGROUND

Plaintiff's Complaint pleads "claims" against the Trustee Defendants, Ditech, and BONY. The counts in Complaint include Count One for False Documents: Violation of A.R.S. §33-420(A) (all defendants), Count Two for Negligence Per Se-False Filings (A.R.S. §39-161) (all defendants), Count 3 for Duty of Good Faith & Fair Dealing (BONY and Ditech) Count 4 for Breach of Fiduciary Duty and Statutory Duties (Trustee Corps), Count 4(sic) for Wrongful Foreclosure (all defendants) Count Five Negligent Supervision (Rande Johnson), and County Six for Aiding and Abetting (Johnson and Alcantara).

The real property at issue is that certain real property commonly known as 3892 East Sun View Court, Tucson, AZ 85706 (the "Property").

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 3 -

PETITION FOR REMOVAL

On June 20, 2017, the State Court Action was commenced. A true and correct copy of the Complaint filed June 20, 2017 is attached hereto and incorporated by reference as Exhibit "A." A true and correct copy of a Civil Cover Sheet-New Filing Only is attached hereto and incorporated by reference as Exhibit "B." A true and correct copy of a Certificate of Compulsory Arbitration filed June 20, 2017 is attached hereto and incorporated herein as Exhibit "C." A true and correct copy of a Summons to Trustee Corps dated June 20, 2017 is attached hereto as Exhibit "D." A true and correct copy of a Summons to Mr. Johnsen dated June 20, 2017 is attached hereto as Exhibit "E." A true and correct copy of a Summons to Jane Doe Johnsen dated June 20, 2017 is attached hereto as Exhibit "F." A true and correct copy of a Summons to BONY dated June 20, 2017 is attached hereto as Exhibit "G." A true and correct copy of a Summons to Ms. Alcantara dated June 20, 2017 is attached hereto as Exhibit "H." A true and correct copy of a Summons to Ditech dated June 20, 2017 is attached hereto as Exhibit "I." A true and correct copy of a Notice re: Impending Dismissal was filed on August 25, 2017 is attached hereto as Exhibit "J." A true and correct copy of an Affidavit of Service was filed September 8, 2017 and is attached as Exhibit "K." A true and correct copy of an Affidavit of Service was filed September 11, 2017 and is attached as Exhibit "L." A true and correct copy of an Affidavit of Service was filed September 14, 2017 and is attached as Exhibit "M." A true and correct copy of an Affidavit of Service (Jane Doe Johnson) was filed September 15, 2017 and is attached as Exhibit "N." A true and correct copy of an Affidavit of Service (Rande Johnson) was filed September 15, 2017 and is attached as Exhibit "O." A true and correct copy of Affidavit of Process Server was filed on September 15, 2017 as Exhibit "P." A true and correct copy of a Praecipe was filed on September 17, 2017 as Exhibit "Q." A true and correct copy of an Expedited Ex Parte Motion to Extend Time to Complete Service of Process was filed on September 18, 2017 as Exhibit "R." A true and correct copy of an Order Extending Time to Complete Service of Process was filed on September 19, 2017 as Exhibit "S." A true and correct copy of the docket as of September 28, 2017 in the State Court Action is attached for reference as Exhibit "T."

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4837-3442-3376 v1
06190-1529

- 4 -

PETITION FOR REMOVAL

### III. COMPLETE DIVERSITY OF CITIZENSHIP AS TO THE PARTIES SUPPORTING REMOVAL

The Trustee Defendants are informed and believes that Plaintiff is a citizens of Arizona and domiciled and residing in Maricopa County, Arizona

Trustee Corps is a California Corporation, whose corporate status is active in the state of Arizona, and whose principal place of business is in Irvine, California

Mr. Johnsen is a citizen of California residing and domiciled in Newport Beach, California.

Ms. Johnsen is a citizen of California residing and domiciled in Newport Beach, California.

The Trustee Defendants are informed and believes that Ditech is a Delaware limited liability corporation with its principal place of business in Minnesota. Its members are Green Tree Licensing LLC and Green Tree Servicing Corp. Green Tree Licensing is a citizen of Maryland, Florida, Delaware, and Minnesota. Green Tree Servicing Corp. is a Delaware corporation with its principal place of business in Minnesota. Green Tree Licensing LLC is a Delaware Limited Liability Company with its principal place of business in Minnesota. Green Tree Licensing LLC's sole member is Green Tree Investments Holdings II LLC, a Delaware Limited Liability Company with its principal place of business in Minnesota. Green Tree Investments Holdings II LLC's sole member is Green Tree Credit Solutions LLC, a Delaware Limited Liability Company with its principal place of business in Minnesota. Green Tree Credit Solutions LLC's sole member is Walter Investment Management Corp., a Delaware corporation with its principal place of business in Florida.

The Trustee Defendants are informed and believes that BONY is incorporated under the laws of the State of Delaware and has its headquarters in, and directs, controls, and coordinates operations from, the state of New York. BONY is a citizen of New York and Delaware for diversity purposes.

Ms. Alcantara is a citizen of Arizona and domiciled and lives in Arizona. Ms. Alcantara is a fraudulently joined and "nominal" defendant, and her naming in this lawsuit does not have any

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 5 -

PETITION FOR REMOVAL

impact on the diversity of the Plaintiff on the one hand and the rest of the Defendants on the other hand. A copy of fact and law in support of Ms. Alcantara being fraudulently joined and a "nominal" defendant is attached hereto as Exhibit. "U."

## IV. AMOUNT IN CONTROVERSY

The amount in controversy in this action purportedly exceeds $75,000. In the instant action, Plaintiff seeks a finding the sale of the home be declared void and illegal. The deed of trust which contains the power of sale to conduct the foregoing foreclosure references a note in the sum of $172,900.00 secured by the Property. See, Exhibit "V," the attached Deed of Trust ("DOT"). The Trustee Defendants request the Court take judicial notice of the DOT. Given the sum of the note referenced in the Deed of Trust, it follows the Property allegedly has a purported value in excess of $75,000. The amount in controversy is measured for jurisdictional purposes by the amount of damages or the value of the property that is the subject of the action. <u>Hunt v. Washington State Apple Advertising Conn'n</u>, (1977) 432 US 333, 347-348, 97 S.Ct. 2434, 2443-2444; <u>Meisel v. Allstate Indem. Co.</u>, (E.D. CA 2005) 357 F.Supp.2d 1222, 1225. Thus, the alleged value of the Property in this litigation purportedly exceeds $75,000, exclusive of costs and interest.

## V. RESERVATION OF RIGHTS

Trustee Defendants reserve the right to supplement this Petition for Removal when additional information becomes available.

Trustee Defendants hereby reserve all defenses and objections, including defenses based upon lack of personal jurisdiction, service, and venue. The filing of this Petition of Removal is subject to, and without waiver of, any such defenses or objections.

## VI. CONCLUSION

Based on the above-referenced allegations, pursuant to 28 U.S.C. §§ 1441, *et seq.*, Trustee Defendants are entitled to remove this entire action from the Arizona State Court, Pima County, Arizona, to the United States District Court, District of Arizona, and Trustee Defendants wish to exercise that right. Accordingly, Trustee Defendants respectfully request that this Petition for

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 6 -

PETITION FOR REMOVAL

Removal be filed, that the State Court Action be removed to and proceed hereinafter in this Court, and that no further proceedings in this matter take place in the Arizona State Court.

## VII. VERIFICATION

I hereby verify as counsel of record for Trustee Defendants that I have provided the U.S. District Court, District of Arizona with true and correct copies of all pleadings and documents of which I am aware filed in the State Court and of which I was able to obtain from the State Court prior to the filing of this Petition.

Dated:   September 25, 2017          BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ *Richard J. Reynolds*
    Richard J. Reynolds
    Attorneys for Defendants
    MTC FINANCIAL INC. dba TRUSTEE CORPS, RANDE JOHNSEN, TERRY JOHNSEN and AMANDA ALCANTARA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4837-3442-3376 v1
06190-1529

- 7 -

PETITION FOR REMOVAL