# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Elizabeth Quinones,

    Plaintiff,

v.

MTC Financial Incorporated, et al.,

    Defendants.

NO. CV-17-00481-TUC-CKJ

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 19, 2018, this action is REMANDED to Pima County Superior Court.

                                                Brian D. Karth
                                                District Court Executive/Clerk of Court

April 19, 2018

                                                s/ M Rodriguez
                                       By   Deputy Clerk